UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Gilbert Maurice Goudreau

    v.                                          No. 06-fp-373

Elizabeth Ann Cyr


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

Plaintiff is ordered to provide the defendant's address and to amend to set forth his claimed basis for subject matter jurisdiction.

This case has been assigned civil number 06-cv-373-SM.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge


Date: April 9, 2007

cc:    Gilbert Maurice Goudreau