**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Gilbert Maurice Goudreau</u>

     v.                                No. 06-fp-373

<u>Elizabeth Ann Cyr</u>

## <u>ORDER GRANTING REQUEST TO</u>
## <u>PROCEED IN FORMA PAUPERIS</u>

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

Plaintiff is ordered to provide the defendant's address and to amend to set forth his claimed basis for subject matter jurisdiction.

This case has been assigned civil number 06-cv-373-SM.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  April 9, 2007

cc:    Gilbert Maurice Goudreau