## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Gilbert Maurice Goudreau

       v.                         Case No. 06-cv-373-SM

Elizabeth Ann Cyr

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 16, 2007, no objection having been filed, for the reasons set forth therein.

Plaintiff's "Motion to Continue Complaint With New Evidence" has been considered by the court, but it adds nothing that would respond adequately to the jurisdictional defects identified by the Magistrate Judge.  It would seem that what relief plaintiff may be entitled to should be pursued in state, not federal, court. Plaintiff's complaint is hereby dismissed.

SO ORDERED.

June 7, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:   Gilbert Maurice Goudreau, pro se